

# ANNIE REBECCA ELLIOTT
## DISTRICT CLERK

| **MAILING** | **PHYSICAL** |
|---|---|
| 301 Jackson Street | 1422 Eugene Heimann Circle, Room 10142 |
| Richmond, Texas 77469 | Richmond, Texas 77469 |
| Telephone: (281) 341-4502 | Fax: 281-341-4519 |
| http://www.fortbendcountygov.com | |
| quick link – District Clerk | |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/10/2015 1:36:38 PM
CHRISTOPHER A. PRINE
Clerk

**February 10, 2015**

To: The Clerk of the Court of Appeals for the **First Court of Appeals** Supreme Judicial District (Civil Appeal)

Trial Court No: **14-DCV-211809**     From the **387th Judicial District Court** Fort Bend County, Texas

Judge Presiding: **Brenda G Mullinix**     Court Reporter: **Lauren Rainer**

Appellant(s):                                   Appellee(s):

**VS**

**Charles Mandeville**                          **Deborah Michelle Crowley**

| ***Attorney for Appellant(s)*** | ***Attorney For Appellee(s)*** |
|---|---|
| Charles Mandeville | **Vicki L Pinak** |
| Pro - Se | SBN: 16011357 |
| 1323 Sunset Lane | The Pinak Law Firm Pllc |
| Guymon Ok 73942 | 12946 S Dairy Ashford Rd Suite 400 |
| | Sugar Land TX 77478 |
| Telephone: | Telephone: 281-240-2355 |
| Facsimile: | Facsimile:  281-240-2354 |
| E-mail: | E-mail: pinak@texadr.com |
| Attorney for:    Charles Mandeville, Appellant | Attorney for:    Deborah Michelle Crowley, Appellee |

Date of Judgment/ Appealable Order: **11/12/2014**     Nature of Action: **Divorce - With Children**

Disposition of Case: **Disposed**     Jury Trial: **Yes**

 Motion for New Trial filed on: **12/24/2014**

Notice of Appeal Filed On: **February 10, 2015**

Signed **on this the 10th day of February, 2015**.

**ANNIE REBECCA ELLIOTT
FORT BEND COUNTY DISTRICT CLERK
301 JACKSON, RICHMOND, TEXAS 77469**

By:     /s/ Petra Lozano
          Deputy District Clerk Petra Lozano
          Telephone: 281-341-4502

Electronically Filed with the First Court of Appeals

cc:     Charles Mandeville, Pro-Se
          Vicki L Pinak, Attorney at Law
          Lauren Rainer, Court Reporter

NO. 14-DCV-211809

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| DEBORAH MANDEVILLE | § | |
| AND | § | 387TH JUDICIAL DISTRICT |
| CHARLES MANDEVILLE, V | § | |
| | § | |
| AND IN THE INTEREST OF | § | |
| CHARLES MANDEVILLE, VI, | § | FORT BEND COUNTY, TEXAS |
| ZACHARY MANDEVILLE, | § | |
| JONATHAN MANDEVILLE, | § | |
| ALLISON MANDEVILLE, | § | |
| LIA MANDEVILLE, CHILDREN | § | |

## NOTICE OF APPEAL

TAKE NOTICE that Respondent Charles Mandeville hereby appeals to the First Court of

Appeals from the Final Decree of Divorce entered in this matter November 12, 2014, as well as

the de facto denial (denial by operation of law since no ruling was made) of Respondent's

Motion For New Trial filed December 12, 2014.[1]

Date: February 3, 2015                        Submitted by

                                             _____
                                             Charles Mandeville, V

---

[1] This motion was in fact stamped as received by the clerk December 12. But the clerk later crossed out the date (and returned the motion paperwork over 10 days later), claiming the lack of a fee payment. Respondent has found no authority (either in the general rules of procedure, or local rules) for a clerk to cross-out a filing stamp date, and disregard and return a filing for mere lack of a fee payment (as opposed to just sending a notice of a fee being due). On receipt of the returned papers, Mandeville immediately resubmitted them with the fee payment.

1

FILED

2015 FEB 10 AM 10: 01

CLERK DISTRICT COURT
FORT BEND CO., TX

14-DCV-211809
NOAP
Notice of Appeal
3420089

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this document was served on Deborah Mandeville (Crowley) (pro se) by postal mail addressed to 4606 Summer Lakes, Sugar Land, TX 77479, and deposited in the mail with postage pre-paid on February 5, 2015.

Charles Mandeville, V